**Approved.**
/s/ *Benita Y. Pearson* on 7/14/2023
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARL MADISON, | ) CASE NO. 5:21-cv-01537 |
| Plaintiff, | ) |
| | ) JUDGE BENITA Y. PEARSON |
| vs. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| BRIDGESTONE AMERICAS, INC., | ) **WITH PREJUDICE** |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Carl Madison and Defendant Bridgestone Americas, Inc., by and through counsel, hereby state that all claims asserted in this matter shall be and hereby are dismissed with prejudice, each party to bear his or its own costs.

Respectfully submitted,

/s/ *Alan I. Goodman*
Alan I. Goodman (0012660)
AIG LAW
55 Public Square
Suite 1330
Cleveland, OH 44113
Telephone: (216) 456-2486
Fax: (216) 456-2487
agoodman@aiglaw.com

/s/ *David W. Neel*
David W. Neel (0033611)
DAVID W. NEEL, LLC
13800 Shaker Blvd., Ste. 102
Cleveland, OH 44120
Telephone: (216) 522-0011
Telecopier: (844) 548-3570
dwneel@neellaw.com

Attorneys for Plaintiff

/s/ *Edward H. Chyun*
Edward H. Chyun (0076880)
Brian P. Fitzgerald (0098265)

LITTLER MENDELSON, P.C.
Key Tower
127 Public Square
Suite 1600
Cleveland, OH 44114-9612
Telephone: (216) 696-7600
Facsimile: (216) 696-2038
EChyun@littler.com
BPFitzGerald@littler.com

Attorneys for Defendant